**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1796**

EMMANUEL EDOKOBI,

   Plaintiff - Appellant,

  v.

SUNTRUST BANK; ASSOCIATED CREDIT SERVICES, INC.; ANDREW B. ROBINSON; JASON NEEL; ENEE I. VINIK; DONNA WILSON; ALFRED LETENDRE; CHRISTINE MONTECALVO,

   Defendants - Appellees,

  and

TOYOTA MOTOR CREDIT CORPORATION,

   Defendant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:19-cv-01071-PWG)

Submitted: March 23, 2022        Decided: March 28, 2022

Before KING, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Emmanuel Edokobi, Appellant Pro Se.  Matthew A. Egeli, EGELI LAW FIRM, PLLC, Staunton, Virginia; Manuel Harry Newburger, BARRON & NEWBURGER PC, Austin, Texas, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Edokobi appeals the district court's order granting Defendants' motions for summary judgment and denying relief on Edokobi's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Edokobi v. SunTrust Bank*, No. 8:19-cv-01071-PWG (D. Md. July 22, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*